IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Edwards, William R | Case Number: 04 B 44057 |
|---|---|---|
| | Edwards, Joann | Judge: Wedoff, Eugene R |
| | Printed: 03/03/09 | Filed: 11/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 23, 2009
Confirmed: March 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 93,185.50 | |
| Secured: | | 76,158.23 |
| Unsecured: | | 9,965.81 |
| Priority: | | 0.00 |
| Administrative: | | 2,140.20 |
| Trustee Fee: | | 4,831.98 |
| Other Funds: | | 89.28 |
| Totals: | 93,185.50 | 93,185.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,140.20 | 2,140.20 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 4. | Marquette Consumer Finance | Secured | 40,791.08 | 40,791.08 |
| 5. | Americredit Financial Ser Inc | Secured | 28,578.30 | 28,578.30 |
| 6. | CitiFinancial Mortgage | Secured | 6,063.54 | 6,063.54 |
| 7. | Franklin Credit Management Corporation | Secured | 725.31 | 725.31 |
| 8. | Americredit Financial Ser Inc | Unsecured | 0.08 | 0.08 |
| 9. | Jefferson Capital | Unsecured | 155.69 | 155.69 |
| 10. | United Student Aid Funds Inc | Unsecured | 4,339.92 | 4,339.92 |
| 11. | Marquette Consumer Finance | Unsecured | 181.66 | 181.66 |
| 12. | United Student Aid Funds Inc | Unsecured | 5,288.46 | 5,288.46 |
| 13. | Advocate Health Care | Unsecured | | No Claim Filed |
| 14. | Portfolio Acquisitions | Unsecured | | No Claim Filed |
| 15. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 16. | Gastroenterolgists | Unsecured | | No Claim Filed |
| 17. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 18. | High Technology Inc | Unsecured | | No Claim Filed |
| 19. | Rita A Kapmarski DDS | Unsecured | | No Claim Filed |
| | | | $ 88,264.24 | $ 88,264.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Edwards, William R             Case Number:  04 B 44057
Edwards, Joann                              Judge:  Wedoff, Eugene R
Printed: 03/03/09                           Filed:  11/30/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 48.66 |
| 4% | 299.07 |
| 3% | 205.20 |
| 5.5% | 877.80 |
| 5% | 342.00 |
| 4.8% | 656.64 |
| 5.4% | 2,218.42 |
| 6.6% | 184.19 |
| | $ 4,831.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

